UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v.-

CADIEN ST. PATRICK PASSLEY,
   a/k/a "Robert Johnson,"

               Defendant.

- - - - - - - - - - - - - - - - - x

INDICTMENT

08 Cr. 728

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: AUG 0 6 2008

## COUNT ONE

The Grand Jury charges:

In or about June 2008, in the Southern District of New York, CADIEN ST. PATRICK PASSLEY, a/k/a "Robert Johnson," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter and was found in the United States, after having been removed from the United States on or about March 10, 2006, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about May 10, 2005, in the Supreme Court of the State of New York, Bronx County, for criminal sale of a controlled substance in the third degree, in violation of New York State Penal Law 220.39, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CADIEN ST. PATRICK PASSLEY,
a/k/a "Robert Johnson,"

Defendant.

INDICTMENT

08 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

8/6/08. Indictment filed. Case assigned
to Judge Hellerstein for all purposes. EWis, USMJ